1  Charles M. Louderback, SBN 88788
   (clouderback@louderbackgroup.com)
2  Stacey L. Pratt, SBN 124892
   (spratt@louderbackgroup.com)
3  LOUDERBACK LAW GROUP
   44 Montgomery Street, Suite 2970
4  San Francisco, CA  94104
   Telephone:    415-615-0200
5  Facsimile:    415-233-4775

6  Attorneys for Plaintiff
   RON SHA

*IT IS SO ORDERED*
*Judge Edward J. Davila*
1/13/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| RON SHA, an individual, | Case No. 5:13-cv-05301-EJD |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, CHARTIS, INC., a Delaware corporation, AMERICAN INTERNATIONAL GROUP, INC. (AIG), a Delaware corporation, and CHARTIS CLAIMS, INC., a New York corporation, | JURY TRIAL REQUESTED |
| | Complaint filed:  November 14, 2013<br>Trial Date:       TBD |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff RON SHA hereby requests that the above-entitled action be dismissed without prejudice. `The Clerk shall close this file.`

DATED:  January 10, 2014            LOUDERBACK LAW GROUP

                                    By: /s/ *Charles M. Louderback*
                                        Charles M. Louderback
                                        Stacey L. Pratt
                                        Attorneys for Plaintiff
                                        RON SHA

REQUEST FOR DISMISSAL WITHOUT PREJUDICE; CASE NO.  5:13-cv-05301-EJD